IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| JIM KUNCE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 18-cv-06046-W-FJG |
| vs. | ) | |
| | ) | |
| STATE FARM FIRE AND CASUALTY | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RULE 26(a)(2) DISCLOSURE OF EXPERT TESTIMONY

Defendant State Farm Fire and Casualty Company, pursuant to Fed.R.Civ.P. 26(a)(2) discloses its expert testimony as follows:

A.    Retained Expert

Laurence C. Fehner, P.E.
Norton & Schmidt Consulting Engineers, LLC
311 East 11th Avenue
Kansas City, MO 64116
Office Telephone: (816) 701-7326

Subject Matter and Qualifications

Mr. Fehner is a professional engineer practicing in the Kansas City area. A copy of his Curriculum Vitae is attached as Exhibit A.

Information Considered and Opinions

Mr. Fehner's written report is attached hereto as Exhibit B in conformance with and containing the information about his opinions and the grounds therefore as required under Fed.R.Civ.P. 26(a)(2)(B). Mr. Fehner is expected to testify in conformity with the information and findings expressed in his written report.

EXHIBIT E

Mr. Fehner has visited the residence as set forth in his report and he has considered the information as set forth in his report. Mr. Fehner's opinions are held to a reasonable degree of engineering certainty.

A list of Mr. Fehner's testimony in the last four years is attached hereto as Exhibit C.

Mr. Fehner's rates for services is attached hereto as Exhibit D.

DEACY & DEACY, LLP


/s/ Mimi E. Doherty
Mimi E. Doherty        #35091
920 Main Street, Suite 1000
Kansas City, MO 64105-2028
Telephone: (816) 421-4000
Facsimile: (816) 421-7880
med@deacylaw.com
ATTORNEYS FOR DEFENDANT


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 5, 2018, the foregoing was served via hand-delivery to the following:

Andrew D. DeMarea, Esq.
KENNER NYGAARD DeMAREA
   KENDALL, LLC
117 West 20th Street, Suite 201
Kansas City, MO 64108
Telephone: (816) 531-3100
Facsimile: (816) 531-3600
andy@kndklaw.com
ATTORNEYS FOR PLAINTIFFS


/s/ Mimi E. Doherty
Attorney For Defendant

2